UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESSE J. VALE,

    Petitioner,

v.

CONNIE GIBSON,

    Respondent.

Case No.  14-cv-01588-PJH

**ORDER AFTER REMAND**

Petitioner, a California prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 that was denied on the merits.  In the course of considering the petition, the court filed under seal an unredacted list of juror names, addresses, and phone numbers.  Petitioner appealed the denial of the petition and was appointed counsel.  Counsel filed a motion on appeal seeking to unseal the list of jurors with the necessary protections to ensure that the list is only disseminated to counsel, staff, and the court.  The Ninth Circuit remanded the case for the limited purpose to consider this request.  The request is **GRANTED** in that the Clerk shall provide attorney Albert Joel Kutchins a copy of the sealed document (Docket No. 18) which may be used only for this litigation and must be destroyed after the appeals process has concluded.  The Clerk shall forward this order to the Ninth Circuit in case 15-15696.

**IT IS SO ORDERED.**

Dated: August 14, 2015

PHYLLIS J. HAMILTON
United States District Judge

\\CANDOAK\Data\Users\PJHALL\_psp\2014\2014_01588_Vale_v_Gibson_(PSP)\14-cv-01588-PJH-ord_.docx

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE J. VALE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CONNIE GIBSON,<br><br>　　　　Defendant. | Case No. 14-cv-01588-PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 14, 2015, I SERVED a true and correct copy(ies) of the attached **along with a copy of docket no. 18**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Albert Joel Kutchins
Attorney at Law
P.O. Box 5138
Berkeley, CA 94705


Dated: August 14, 2015


　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　Clerk, United States District Court


　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　Nichole Peric, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　Honorable PHYLLIS J. HAMILTON